UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE,
JORDAN JORRITSMA and EMERSON
SILVERNAIL,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity
as Michigan Secretary of State and
JONATHAN BRATER, in his official
capacity as Director of the Michigan Bureau
of Elections,

    Defendants.

No. 1:24-cv-00262

HON. JANE M. BECKERING

| | |
|---|---|
| Thomas R. McCarthy<br>Gilbert C. Dickey<br>Conor D. Woodfin<br>1600 Wilson Blvd, Suite 700<br>Arlington, Virginia 22209<br>703.243.9423<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

/

**STIPULATED ORDER EXTENDING DATES**

    Plaintiffs Republican National Committee, Jordan Jorritsma and Emerson Silvernail and Defendants Secretary of State Jocelyn Benson and Bureau of Elections Director Jonathan Brater stipulate and agree to extend Defendants' first responsive pleading date as follows:

Defendants' first responsive pleading to Plaintiffs' complaint will be filed on April 15, 2024.

| | |
|---|---|
| *s/Conor D. Woodfin (w/consent)*<br>Conor D. Woodfin<br>1600 Wilson Blvd, Suite 700<br>Arlington, Virginia 22209<br>703.243.9423<br>conor@consovoymccarthy.com | Dated: April 5, 2024 |
| *s/Erik A. Grill*<br>Erik A. Grill (P64713)<br>Assistant Attorney General<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>grille@michigan.gov | Dated: April 5, 2024 |

## ORDER

The parties having stipulated to extend dates as follows:

Defendants' first responsive pleading to Plaintiffs' complaint will be filed on April 15, 2024.

IT IS SO ORDERED.

                                    _____
                                    HON. JANE M. BECKERING
                                    United States District Judge

Dated: _____