UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE,
JORDAN JORRITSMA and EMERSON
SILVERNAIL,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity as Michigan Secretary of State and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections,

    Defendants.

No. 1:24-cv-00262

HON. JANE M. BECKERING

| | |
|---|---|
| Thomas R. McCarthy<br>Gilbert C. Dickey<br>Conor D. Woodfin<br>1600 Wilson Blvd, Suite 700<br>Arlington, Virginia 22209<br>703.243.9423<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

                                                                                                        **DEFENDANTS' MOTION TO DISMISS**

        Defendants Secretary of State Jocelyn Benson and Director of the Bureau of Elections Jonathan Brater, by counsel, move this Court to dismiss Plaintiffs' complaint under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for the reasons stated in the accompanying brief.

        Respectfully submitted,

        *s/Erik A. Grill*
        Erik A. Grill (P64713)
        Heather S. Meingast (P55439)
        Assistant Attorneys General
        Attorneys for Defendants Benson and Brater
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        Email:  grille@michigan.gov
        (P64713)

Dated:  April 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

        *s/Erik A. Grill*
        Erik A. Grill (P64713)
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        Email:  grille@michigan.gov
        P64713