UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE,
JORDAN JORRITSMA and EMERSON
SILVERNAIL,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity
as Michigan Secretary of State and
JONATHAN BRATER, in his official
capacity as Director of the Michigan Bureau
of Elections,

    Defendants.

No. 1:24-cv-00262

HON. JANE M. BECKERING

| | |
|---|---|
| Thomas R. McCarthy<br>Gilbert C. Dickey<br>Conor D. Woodfin<br>1600 Wilson Blvd, Suite 700<br>Arlington, Virginia 22209<br>703.243.9423<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

/

**STIPULATED ORDER EXTENDING DATES**

Plaintiffs Republican National Committee, Jordan Jorittsma and Emerson Silvernail and Defendants Secretary of State Jocelyn Benson and Director of Election Jonathan Brater stipulate and agree to extend the time for Defendants reply brief in support of their motion to dismiss to be filed on or before June 17, 2024.

<u>*s/Conor D. Woodfin (w/consent)*</u>  
Conor D. Woodfin  
Thomas R. McCarthy  
Attorneys for Plaintiffs  
Consovoy McCarthy PLLC  
1600 Wilson Blvd., Ste. 700  
Arlington, VA 22209  
703.243.9423  
tom@consovoymccarthy.com  

Dated: May 31, 2024

<u>*s/Erik A. Grill*</u>  
Erik A. Grill (P64713)  
Assistant Attorney General  
Attorney for Defendants  
PO Box 30736  
Lansing, Michigan 48909  
517.335.7659  
grille@michigan.gov  

Dated: May 31, 2024

**ORDER**

The parties having stipulated to extend the time for Defendants' reply brief, and the Court being otherwise advised of the premises:

Defendants' reply in support of their motion to dismiss will be filed on or before June 17, 2024.

IT IS SO ORDERED.

_____  
HON. JANE M. BECKERING  
United States District Judge

Dated: _____

2