IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, JORDAN JORRITSMA, and EMERSON SILVERNAIL,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOCELYN BENSON, *in her official capacity as Michigan Secretary of State*; JONATHAN BRATER, *in his official capacity as Director of the Michigan Bureau of Elections*,<br><br>    *Defendants*. | **RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 1:24-cv-00262 |

      Today, one set of proposed intervenors notified this Court of an NVRA case out of Nevada in which a district court granted permissive intervention to several election-related organizations. *See* Doc. 32. The decision is neither controlling nor persuasive. There, the district court predicted that the intervenors' participation would "contribute to the just and equitable resolution of the issues." *RNC v. Aguilar*, Doc. 99, No. 2:24-cv-518 (D. Nev. July 12, 2024). But just yesterday, the intervenors in that case filed a motion to dismiss that contributes nothing—it raises the same arguments that the Secretary raises in a similar motion to dismiss. *Compare RNC v. Aguilar*, Doc. 101, *with* Doc. 104. Their redundant motion is neither helpful nor necessary, and it proves the district court's predictions wrong.

      In any event, that case should not persuade this Court to deviate from its precedent holding that "[a]dding three more defendants, even if they submit joint filings, realistically portends more discovery and more motions, and therefore more

time and resources expended before a resolution of the important issues in this case can be rendered." *Pub. Int. Legal Found. v. Benson*, No. 1:21-cv-929, 2022 WL 21295936, at *12 (W.D. Mich. Aug. 25, 2022) (Beckering, J.). This Court should follow its own reasoning, not that of a different court in a different state in a different case.

                Respectfully submitted,

Dated: July 17, 2024        */s/ Thomas R. McCarthy*

Thomas R. McCarthy
Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

This document was prepared using Microsoft Word Version 16.83. According to that software, the word count for this motion is 221 words, which complies with Local Rule 7.2(b).

>/s/ Thomas R. McCarthy
>Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 20, 2024, I filed this document via the ECF system, which will serve everyone requiring notice.

>/s/ Thomas R. McCarthy
>Counsel for Plaintiffs