# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, JORDAN JORRITSMA and EMERSON SILVERNAIL, <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as Michigan Secretary of State and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, <br><br> Defendants. | Case No. 1:24-cv-00262 <br><br> Hon. Jane M. Beckering <br> Magistrate Judge Ray Kent |

## ORDER GRANTING DEMOCRATIC NATIONAL COMMITTEE'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Upon consideration of the Democratic National Committee's unopposed motion for leave to file an *amicus curiae* brief, it is ORDERED that the motion is GRANTED, and the Court accepts *amicus curiae*'s brief as filed.

**IT IS SO ORDERED.**

Dated:   September 16, 2024                                   /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge

1