UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE,
et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:24-cv-262

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is DISMISSED for lack of subject-matter jurisdiction.

Dated: October 22, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge