IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, JORDAN JORRITSMA, and EMERSON SILVERNAIL,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOCELYN BENSON, *in her official capacity as Michigan Secretary of State*; JONATHAN BRATER, *in his official capacity as Director of the Michigan Bureau of Elections*,<br><br>    *Defendants*. | **Notice of Appeal**<br><br>Case No. 1:24-cv-00262 |

    Plaintiffs—the Republican National Committee, Jordan Jorritsma, and Emerson Silvernail—provide this notice of appeal to the U.S. Court of Appeals for the Sixth Circuit from this Court's final judgment entered on October 22, 2024, dismissing the case. *See* Docs. 35, 36.

 

Dated: November 8, 2024

                                   Respectfully submitted,

                                   */s/ Thomas R. McCarthy*

                                   Thomas R. McCarthy
                                   Gilbert C. Dickey
                                   Conor D. Woodfin
                                   CONSOVOY MCCARTHY PLLC
                                   1600 Wilson Blvd., Ste. 700
                                   Arlington, VA 22209
                                   (703) 243-9423
                                   tom@consovoymccarthy.com
                                   gilbert@consovoymccarthy.com
                                   conor@consovoymccarthy.com

                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on November 8, 2024, I filed this document via the ECF system, which will serve everyone requiring notice.

*/s/ Thomas R. McCarthy*
Counsel for Plaintiffs
